# FINANCIAL DISCLOSURE REPORT

Report Required by the Ethics Reform Act of 1978, Pub. L. No. 95-521, November 2, 1978 (5 U.S.C.A. App. 6, §§101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| HAGEN, DAVID W. | N/A | 10/11/93 |
| 4. Title (Article III Judges indicate active or senior status; Magistrate Judges indicate full- or part-time) N/A | 5. Report Type (check appropriate type) X Nomination, Date___ ___ Initial ___ Annual ___ Final | 6. Reporting Period 1992 |
| 7. Chambers or Office Address N/A | 8. On the basis of the information contained in this Report, it is, in my opinion, in compliance with applicable laws and regulations ___ Reviewing Officer Signature ___ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on last page.*

## I. POSITIONS. (Reporting individual only; see pp. 7-8 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|

☐ **NONE** (No reportable positions)

| President | BRUCE R. THOMSON INN, AMERICAN INNS OF COURT |
|---|---|
| President | GUILD & HAGEN, LTD. |
| Trustee | GUILD & HAGEN, LTD. PROFIT SHARING TRUST |

## II. AGREEMENTS. (Reporting individual only; see p. 8-9 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|

☐ **NONE** (No reportable agreements)

| | GUILD & HAGEN, LTD. - CORPORATE STOCK BUY/SELL AGREEMENT, PAYABLE OVER 36 MONTHS FOLLOWING SALE OF STOCK. |
|---|---|
| | GUILD & HAGEN, LTD. PROFIT SHARING TRUST - PARTICIPANTS ACCOUNT BALANCE PAYABLE UNDER TERMS OF INTERNAL REVENUE SERVICE APPROVED PLAN. |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 9-12 of Instructions.)

| DATE (Honoraria only) | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|

☐ **NONE** (No reportable non-investment income)

| 1992 | GUILD & HAGEN, LTD. - SALARY | $ 165,000. |
|---|---|---|
| | | $ |
| | | $ |
| | | $ |
| | | $ |

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting<br>HAGEN, DAVID W. | Date of Report<br>10/11/93 |
|---|---|---|

## IV. REIMBURSEMENTS and GIFTS – transportation, lodging, food, entertainment.
(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate reportable reimbursements and gifts received by spouse and dependent children, respectively. See pp.13-15 of Instructions.)

| SOURCE | DESCRIPTION |
|---|---|
| [X] NONE (No such reportable reimbursements or gifts) | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

## V. OTHER GIFTS. (Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate other gifts received by spouse and dependent children, respectively. See pp.15 of Instructions.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| [X] NONE (No such reportable gifts) | | |
| | | $ |
| | | $ |
| | | $ |
| | | $ |

## VI. LIABILITIES. (Includes those of spouse and dependent children; indicate where applicable, person responsible for liability by using the parenthetical "(S)" for separate liability of spouse, "(J)" for joint liability of reporting individual and spouse, and "(DC)" for liability of a dependent child. See pp.15-18 of Instructions.)

| CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|
| [ ] NONE (No reportable liabilities) | | |
| WINDTREE MORTGAGE CO. | FIRST TRUST DEED ON STAR HARBOR<br>RENTAL CONDOMINIUM | K |
| | | |
| | | |
| | | |
| | | |
| | | |

* VALUE CODES: J = $15,000 or less    K = $15,001 to $50,000    L = $50,001 to $100,000    M = $100,001 to $250,000
               N = $250,001 to $500,000    O = $500,001 to $1,000,000    P = More than $1,000,000

| FINANCIAL DISCLOSURE REPORT (cont'd) | Date of Person Reporting | Date of Report |
|---|---|---|
| | HAGEN, DAVID W. | 10/11/93 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions. (Includes those of spouse and dependent children; see pp. 18-37 of Instructions.)

| A. Description of Assets (including trust assets) Indicate, where applicable, owner of the asset by using the parenthetical (S) for self, (SP) for spouse, and (J) for joint ownership by dependent child. Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code (J-P) | (2) Value Method (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) | |
| [ ] NONE (No reportable income, assets, or transactions) | | | | | | | | | | |
| 1. GUILD & HAGEN, LTD. | | | | | | | | | | |
| PROFIT SHARING TRUST | D | DIV.& INT. | N | T | | N/A | | | | |
| 2. IRA - PAINE WEBBER | B | DIV.& INT. | K | T | | N/A | | | | |
| 3. 1/6 OF GREEN ACRE, | | | | | | | | | | |
| INC. | A | NONE | J | W | | NONE | | | | |
| 11,600 SHARES OF | | | | | | | | | | |
| GUILD & HAGEN, LTD. | A | NONE | M | V | | NONE | | | | |
| 5. NOTE RECEIVABLE - | | | | | | | | | | |
| GUILD & HAGEN, LTD. | C | INT. | K | V | | NONE | | | | |

: Income/Gain Codes: A=$1,000 or less    B=$1,001 to $2,500    C=$2,501 to 5,000    D=$5,001 to $15,000
(See Col. B1 & D4)   E=$15,001 to $50,000   F=$50,001 to $100,000   G=$100,001 to $1,000,000   H=More than $1,000,000
: Value Codes: J=$15,000 or less   K=$15,001 to $50,000   L=$50,001 to $100,000   M=$100,001 to $250,000
(See Col. C1 & D3)   N=$250,001 to $500,000   O=$500,001 to $1,000,000   P=More than $1,000,000
: Value Method Codes: Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash/Market
(See Col. C2)   U=Book Value   V=Other   W=Estimated

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting | Date of Report |
|---|---|---|
| | HAGEN, DAVID W. | 10/11/93 |

## VIII.  ADDITIONAL INFORMATION or EXPLANATIONS.  (Indicate part of Report.)

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

## X.  CERTIFICATION.

In compliance with the provisions of 28 U.S.C. § 455 and of Advisory Opinion No. 57 of the Advisory Committee on Judicial Activities, and to the best of my knowledge at the time after reasonable inquiry, I did not perform any adjudicatory function in any litigation during the period covered by this report in which I, my spouse, or my minor or dependent children had a financial interest, as defined in Canon 3C(3)(c), in the outcome of such litigation.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C.A. app. 7, § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _____     Date _October 11, 1993_

NOTE:  ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C.A. APP. 6, § 104, AND 18 U.S.C. § 1001.)

### FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Judicial Ethics Committee
Administrative Office of the
United States Courts
Washington, DC  20544

Digitized by Google

# 553

FINANCIAL STATEMENT

NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | LIABILITIES | | |
|---|---|---|---|---|---|
| Cash on hand and in banks L1 | 2 | 450 | Notes payable to banks—secured L5 | 9 | 000 |
| U.S. Government securities—add schedule | — | | Notes payable to banks—unsecured L6 | 7 | 000 |
| Listed securities—add schedule | — | | Notes payable to relatives L7 | 4 | 300 |
| Unlisted securities—add schedule | — | | Notes payable to others L8 | 48 | 000 |
| Accounts and notes receivable: | — | | Accounts and bills due | | |
| Due from relatives and friends | — | | Unpaid income tax | | |
| Due from others L2 | 48 | 000 | Other unpaid tax and interest | | |
| Doubtful | — | | Real estate mortgages payable—add schedule L9 | 154 | 000 |
| Real estate owned—add schedule L3 | 437 | 000 | Chattel mortgages and other liens payable | | |
| Real estate mortgages receivable | — | | Other debts—itemize: | | |
| Autos and other personal property | 15 | 000 | CREDIT CARD | | 650 |
| Cash value—life insurance | — | | | | |
| Other assets—itemize: | | | | | |
| IRA | 10 | 000 | | | |
| PROFIT SHARING TRUST | 450 | 000 | | | |
| EQUITY IN FIRM L4 | 240 | 000 | Total liabilities | 261 | 650 |
| | | | Net Worth | 940 | 800 |
| Total Assets | 1 202 | 450 | Total liabilities and net worth | 1 202 | 450 |
| CONTINGENT LIABILITIES | | | GENERAL INFORMATION | | |
| As endorser, comaker or guarantor | NONE | | Are any assets pledged? (Add schedule.) SEE L7 AND L8 | | |
| On leases or contracts | NONE | | Are you defendant in any suits or legal actions? | NO | |
| Legal Claims | NONE | | Have you ever taken bankruptcy? | NO | |
| Provision for Federal Income Tax | NONE | | | | |
| Other special debt | NONE | | | | |